IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03191-WYD-BNB

TIMOTHY DEMITRI BROWN,

Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,
UNITED STATES DEPARTMENT OF JUSTICE,
UNITED STATES OF AMERICA, and
JOHN AND JANE DOES 1-20,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Motion for Order Permitting Deposition of Federal Bureau of Prisons Inmate Brown** [docket no. 58, filed May 15, 2013] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and pursuant to Fed.R.Civ.P. 30(a)(3), counsel for defendant may depose plaintiff Brown at the Bureau of Prisons in Florence, Colorado, on May 30, 2013, with an alternative date of May 31, 2013, if necessary.

IT IS ORDERED that a copy of this Order is to be mailed to:

CASE MANAGER FOR:
TIMOTHY DEMITRI BROWN #10979-035
FLORENCE ADMAX
US PENITENTIARY
P. O. BOX 8500
FLORENCE, CO 81226


DATED: May 17, 2013