IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-03191-WYD-BNB

TIMOTHY DEMITRI BROWN,

Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,
UNITED STATES DEPARTMENT OF JUSTICE,
UNITED STATES OF AMERICA, and
JOHN AND JANE DOES 1-20,

Defendants.

_____

**ORDER**
_____

This matter arises on the plaintiff's **Motion to Compel Discovery** [Doc. #65, filed 05/31/2013] (the "Motion"). The Motion is DENIED.

The plaintiff seeks an order compelling the defendants to produce certain discovery in response to his Request for Production of Documents and Interrogatories. However, the Request for Production of Documents and Interrogatories is not attached to the Motion, and the plaintiff does not set forth verbatim his requests and the defendants' responses to those requests.

Local rule of practice 37.1, D.C.COLO.LCivR, specifies the form of discovery motions as follows:

> A motion under Fed. R. Civ. P. 26 or 37 directed to an interrogatory, request, or response under Fed. R. Civ. P. 33 or 34 shall either set forth in the text of the motion the specific interrogatory, request, or response to which the motion is directed, or an exhibit that contains the interrogatory, request, or response shall be attached.

This is an important requirement. I cannot rule on a motion to compel in an informed manner unless I know precisely what was asked for in the disputed discovery and precisely what the response to the request was.

IT IS ORDERED that the Motion is DENIED for failure to comply with the requirements of D.C.COLO.LCivR 37.1.

Dated June 5, 2013.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge