IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-03191-WYD-BNB

TIMOTHY DEMITRI BROWN,

Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,
UNITED STATES DEPARTMENT OF JUSTICE,
UNITED STATES OF AMERICA, and
JOHN AND JANE DOES 1-20,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

　　This matter is before the Court on the **Plaintiff's Motion for Leave to File Response to Defendants' Motion for Summary Judgment of 23 Pages** [docket no. 83, filed August 28, 2013] (the "Motion").

　　IT IS ORDERED that the Motion is GRANTED and plaintiff's Response [82] to Defendants' Motion for Summary Judgment [79] is accepted for filing.


DATED:  August 28, 2013